UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL** | ) | **CASE NO. 1:07CV3377** |
| **TRUST COMPANY, etc.,** | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **DISMISSAL ORDER** |
| | ) | |
| **ROBERT R. MYERS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

    Upon review of the docket and initial filings in the captioned foreclosure case, the Court finds the Complaint For Foreclosure was filed on October 30, 2007 by Plaintiff Deutsche Bank National Trust Company.  On November 13, 2007, Plaintiff Deutsche Bank filed a copy of the Executed Assignment of right, title and interest to the Note and Mortgage at issue from Argent Mortgage Company, LLC to Plaintiff Deutsche Bank, dated October 31, 2007.  (ECF DKT #6).

    Since Plaintiff Deutsche Bank was not the holder and owner of the Mortgage as of the

date the captioned Complaint For Foreclosure was filed, and pursuant to the reasoning in this Court's October 31, 2007 Dismissal Order in Case Nos. 1:07CV 2282, et al., the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: November 16, 2007**

    **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**